UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHENA BLAND, on behalf of herself and all those similarly situated<br><br>       Plaintiff,<br><br>vs.<br><br>ALCO COLLECTIONS, INC<br><br>       Defendant | )<br>)<br>)<br>) Case No.: 3:16-cv-00822-SDD-RLB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **APPLICATION FOR ENTRY OF FINAL JUDGMENT BY DEFAULT**

Pursuant to Fed. R. Civ. P. 55(b)(2), plaintiff, Shena Bland, on behalf of herself and all those similarly situated, applies for final judgment by default in its favor and against defendant, ALCO Collections, Inc., *in solido* for statutory damages, attorney fees and costs all as set forth more fully in the attached supporting memorandum and Declaration. Shena Bland, on behalf of herself and all those similarly situated, prays final judgment by default.

                Respectfully Submitted,

                 s/Marc R. Michaud_____
                Marc R. Michaud, Esq. TA (# 28962)
                Patrick Miller, LLC
                400 Poydras Street, Suite 1680
                Texaco Center
                New Orleans, LA 70130
                Phone: (504) 527-5400
                Email: mmichaud@patrickmillerlaw.com
                *Attorney for Plaintiff*