# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

SHENA BLAND

VERSUS

ALCO COLLECTIONS, INC.

CIVIL CASE

16-822-SDD-RLB

## JUDGMENT

For the written reasons assigned:

*Judgment* is hereby entered in favor of Plaintiff, Shena Bland, and against Defendant, Alco Clollections, Inc. Plaintiff is awarded $1,000 in statutory damages and costs in conformance with the Court's order. Plaintiff's claims are dismissed with prejudice. The putative class claims are dismissed without prejudice.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana on <u>January 3, 2018</u>.

**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Document Number: 43404